PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office Of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER (WA 42906)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
    Seattle, WA  98104-7075
    Telephone: (206) 615-2662
    Fax: (206) 615-2531
    Email: edmund.darcher@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL NOEMI BUSTILLOS GODINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:22-cv-00520-JLT-EPG<br><br>ORDER RE: STIPULATION AND FOR AN EXTENSION OF TIME<br><br>(ECF No. 16). |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 days from November 30, 2022, up to and including December 30, 2022.  This is the Defendant's second request for an extension. Beyond a single extension, the Court requires good cause for modification of the briefing schedule (Dkt. 4 at 3).  Defendant respectfully requests that the Court find good cause for the following reasons.

    Defendant requests this extension because the undersigned Special Assistant U.S. Attorney (SAUSA) is in the process of contacting the client agency to explore settlement options

1  on this case.  Once the undersigned SAUSA receives a response from the client agency, he will
2  need additional time to consult with Plaintiff's counsel, and to prepare and file a responsive brief
3  absent settlement.  Given these potential timing issues, the undersigned SAUSA is requesting a
4  30-day extension to file Defendant's response to Plaintiff's Motion for Summary Judgment, to
5  December 30, 2022.  Plaintiff's counsel responded via email that he has no objection to the
6  proposed extension.
7       The parties further stipulate that the Court's Scheduling Order shall be modified
8  accordingly.

9                                            Respectfully submitted,

10 Dated:  Nov. 23, 2022                      /s/  *Francesco Benavides**
11                                            (*as authorized via e-mail on Nov. 23, 2022)
                                              Francesco P. Benavides
12                                            Attorney for Plaintiff

13 Dated: Nov. 29, 2022                       PHILLIP A. TALBERT
14                                            United States Attorney
                                              MATHEW W. PILE
15                                            Associate General Counsel
                                              Office Of Program Litigation, Office 7
16                                            Social Security Administration
17

18                                  By:       /s/  *Edmund Darcher*
19                                            Edmund Darcher
                                              Special Assistant U.S. Attorney
20                                            Attorneys for Defendant

2

1 **ORDER**

2     Based on the parties' stipulation (ECF No. 16), IT IS ORDERED that Defendant shall
3 have an extension, up to and including December 30, 2022, to respond to Plaintiff's Motion for
4 Summary Judgment.

5
6 IT IS SO ORDERED.

7     Dated: __**November 30, 2022**__          /s/ *Erica P. Grosjean*
8                                                           UNITED STATES MAGISTRATE JUDGE