# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL NOEMI BUSTILLOS GODINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-0520 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF RAQUEL NOEMI BUSTILLOS GODINEZ AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Raquel Noemi Bustillos Godinez and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand of the matter for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on October 28, 2022.  (Doc. 18.)  Pursuant to the terms of the stipulation, the matter shall be remanded for the ALJ "to offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision." (*Id.* at 1-2.)  In addition, the parties stipulated:

> The ALJ will reevaluate the medical opinion evidence considering its supportability and consistency with the evidence of record; reassess Plaintiff's alleged subjective symptoms in accordance with SSR 16-3p; reevaluate Plaintiff's residual functional capacity; further evaluate Plaintiff's education level, work history, and other factors relevant to consideration of the Medical-Vocational Rules; and obtain supplemental vocational expert evidence to clarify the effect of assessed limitations on Plaintiff's ability to perform work available in significant numbers in the national economy.

(*Id.* at 2.)  Finally, the parties stipulated that judgment shall be entered "in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner." (*Id*. at 2.) Based upon the terms of the stipulation, the Court **ORDERS**:

    1.    The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

    2.    Plaintiff's motion for summary judgment (Doc. 13) shall be terminated as **MOOT**.

    3.    The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Raquel Noemi Bustillos Godinez and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**December 7, 2022**__          _/s/ Jennifer L. Thurston_
                                                             UNITED STATES DISTRICT JUDGE