UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAQUEL NOEMI BUSTILLOS GODINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-00520 JLT EPG<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 21) |

　　　　On December 12, 2022, Raquel Noemi Bustillos Godinez and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,500.00 pursuant to the Equal Access to Justice Act. (Doc. 21.)

　　　　Subject to the terms of the parties' stipulation, the Court **ORDERS** thar Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $7,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated:　**December 13, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE